IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MATTHEW ROSS, III,

    Petitioner,

    v.

DON JARRIEL,

    Respondent.

CIVIL ACTION FILE
NO. 1:05-CV-289-TWT

## OPINION AND ORDER

This is a pro se habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 14] of the Magistrate Judge recommending that the Petition be dismissed. After careful consideration of the Petitioner's Objections, the Court approves and adopts the Report and Recommendation as the judgment of the Court. The Petition is DISMISSED.

SO ORDERED, this 19 day of May, 2006.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\05\Ross\r&r.wpd